SYDNEY JAY HALL, ESQ. SBN 158151
LAW OFFICE OF SYDNEY JAY HALL
1308 BAYSHORE HWY., SUITE 220
BURLINGAME, CA 94010
TELEPHONE: 650-342-1830
FACSIMILE: 650-342-6344
E-MAIL: Sydneyhalllawoffice@yahoo.com

ATTORNEY FOR DEBTOR/PLAINTIFF: PETER EVARISTO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PETER and ELIZABETH EVARISTO<br><br>Debtors.<br>_____<br><br>PETER EVARISTO,<br><br>Plaintiff<br><br>vs.<br><br>GLEN LEE, TRICIA LEE, LEONARDO ALFONSO, LAZARUS GROUP, LLC and TRUST COMPANY OF AMERICA,<br><br>Defendants. | Chapter 13<br><br>Case No. 09-33634<br><br><br>Adversary Proceeding No.<br><br>10-3002 TC<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Courtroom of the Honorable Judge Thomas E. Carlson<br><br>Date: April 22, 2010<br>Time: 10:00 AM<br><br>Courtroom: 235 Pine Street, 23rd Fl<br>San Francisco, CA 94104 |

Pursuant to Local Bankruptcy Rule 7016-1, Plaintiff Peter Evaristo submits this Joint Status Report.

### INTRODUCTION

As of this writing Defendants Glen Lee, Tricia Lee, and Lazarus Group have filed Answers to Plaintiff's Complaint. Defendants Leonardo Alfonso, served on April 6, 2010 has

1

not filed a responsive pleading. Defendant Trust Company of America, served on February 9, 2010, also has not filed a responsive pleading.

Plaintiff will file requests for entry of default against these two Defendants' within the next 15 days.

### 1. WHO SHALL APPEAR

Plaintiff's counsel shall appear on behalf of Plaintiff. Scott Zimmerman will appear on behalf of Defendant Leonardo Alfonso. Trisha Lee shall appear on behalf of Lazarus Group and in pro per on her own behalf. Defendant Glen Lee will also appear in pro per.

### 2. CONTENTS OF JOINT STATUS REPORT

#### (A) STATE OF DISCOVERY

Plaintiff has propounded interrogatories upon Defendants Glen Lee, Tricia Lee, and Lazarus Group, LLC. Unfortunately parties have not completed a discovery plan as of this writing and have not completed an initial disclosure meeting.

#### (B) DISCOVERY CUT-OFF DATE

None

#### (C) SCHEDULE OF LAW AND MOTIONS MATTERS

None

#### (D) PROSPECTS OF SETTLEMENT

Unknown

#### (E) DATE FOR PRETRIAL CONFERENCE AND/OT TRIAL

None

#### (F) COMPLIANCE WITH RULE 7026-1

Not completed as of this date

#### (G) OTHER ISSUES

An additional status conference is necessary after Defendants Leonardo Alfonso and Trust Company of America have filed answers, filed responsive pleadings, or after default has been entered against Defendants Leonardo Alfonso and Trust Company of America.

2

JOINT STATUS CONFERENCE STATEMENT

Case: 10-03002   Doc# 13   Filed: 04/09/10   Entered: 04/09/10 16:07:53   Page 2 of 3

**(H) ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff is interested in Alternative Dispute Resolution (ADR)

LAW OFFICE OF SYDNEY JAY HALL

Dated: 4/8/10

*[signature]*

Sydney Jay Hall, Attorney for Plaintiff
Peter Evaristo
1308 Bayshore Hwy., Suite 220
Burlingame, CA 94010
Telephone No. (650) 342-1830